# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI

**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-7018-JCB
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

## Defendant Information:

**Defendant Name:** Robert Sokolowski    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** _____

**Birth date (Yr only):** 1973    **SSN (last 4#):** 9601    **Sex:** M    **Race:** W    **Nationality:** _____

**Defense Counsel if known:** William O'Neil    **Address:** 280 N. Main St., Suite 6, East Longmeadow, MA 01028
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Lauren Maynard    **Bar Number if applicable:** 698742

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** September 24, 2024

☑ Already in Federal Custody as of November 25, 2024 in Wyatt.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/10/2025    **Signature of AUSA:** /s/ Lauren Maynard

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert Sokolowski

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 — 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) | Possession of child pornography | 1 |
| Set 2 — 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Receipt of child pornography | 2 |
| Set 3 — 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Distribution of child pornography | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**